United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Steven A. Groff
    Debtor

Case No. 15-14821-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: TashaD　　　Page 1 of 1　　　Date Rcvd: Jul 24, 2018
　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
db　　　　　#+Steven A. Groff,    191 Maple Leaf Lane,    Pottstown, PA 19464-1563

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
　　　　　JOSEPH L QUINN    on behalf of Debtor Steven A. Groff CourtNotices@sjr-law.com
　　　　　JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Green Tree Servicing LLC bkgroup@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　THOMAS I. PULEO    on behalf of Creditor    Green Tree Servicing LLC tpuleo@kmllawgroup.com,
　　　　　 bkgroup@kmllawgroup.com
　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 5

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEVEN A. GROFF                             Chapter 13

                    Debtor         Bankruptcy No. 15-14821-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ___19Th___ day of ___July___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

Debtor:
STEVEN A. GROFF

191 MAPLE LEAF LANE

POTTSTOWN, PA 19464